AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)          ☐ Original    ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT

**04/09/2026**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

**FILED**

April 9, 2026

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___Nancy Boehme___
Deputy Clerk, U.S. District Court

United States of America

v.

Ceasar Cruz,

Defendant.

Case No. 8:26-mj-00222-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of January 7, 2026 in the county of Orange in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751 | Escape |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_/s/ Andrew Nguyen_
Complainant's signature

Andrew Nguyen, U.S. Marshal, (USMS)
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:          April 9, 2026

_____
Judge's signature

City and state:   Santa Ana, California

Hon. Douglas F. McCormick, U.S. Magistrate Judge
Printed name and title

AUSA: Melissa Rabbani: ms

**AFFIDAVIT**

I, Andrew Nguyen, being duly sworn, declare and state the following is true and correct to the best of my knowledge and belief:

## I. INTRODUCTION

1. I am a Deputy United States Marshal and have been so employed for approximately sixteen years.

2. I am presently assigned to the Santa Ana, California office of the United States Marshals Service ("USMS"). As part of my responsibilities, I locate and apprehend fugitives from justice, including those who have escaped from Bureau of Prisons custody or the Residential Reentry Center (RRC).

## II. PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a criminal complaint and arrest warrant for Ceasar CRUZ for a violation of Title 18, United States Code, Section 751 (escape).

4. The facts set forth in this affidavit are based upon reports and information provided to me by other law enforcement agents and government agencies, and additional documents obtained during the course of the investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

1

### III.  STATEMENT OF PROBABLE CAUSE

5.      On January 7, 2026, the USMS received a report and information regarding inmate Ceasar CRUZ (R#74318-112) from B. Prasad for Juan Herrera, a Residential Reentry Manager at the Garden Grove Residential Reentry Center ("RRC") located at 11112 Barclay Dr., Garden Grove, California 92841.  According to the report, inmate CRUZ arrived at the RRC on December 23, 2025, with a projected release date of January 27, 2026, via good conduct time release.

6.      Ceasar CRUZ (R#74318-112) is described as a 31-year-old white male born on 07/02/1994.  He is approximately 5 feet and 06 inches tall, weighs approximately 160 pounds, and has black hair and brown eyes.

7.      The Bureau of Prisons and court records showed that Ceasar CRUZ (R#74318-112) was sentenced to a term of 57 months imprisonment and 3 years of supervised release after being convicted of: Felon in Possession of a Firearm and Ammunition, in violation of 18 USC § 922 (g)(1).

8.      After serving close to his 57 months sentence, Ceasar CRUZ (R#74318-112) was transferred from the Bureau of Prisons to the Residential Release Center to serve the remaining time until his release date. Unfortunately, on 1/07/2026, at approximately 3:01 am, inmate Cruz walked out of the RRC earlier than his release date with a bicycle and without authorization. CRUZ has not returned to the facility.

9.      RRC staff has looked for CHAVEZ throughout the facility and local area but has not found him. The staff also contacted local law enforcement agencies and hospitals for his whereabouts but yielded no results.   CRUZ has been placed on Escape status due to his unknown whereabouts.

2

## IV. CONCLUSION

10.     For the reasons described above, I respectfully submit that there is probable cause to believe that Ceasar CRUZ (R#74318-112) has committed a violation of Title 18, United States Code, Section 751 (escape).

/s/ Andrew Nguyen
_____
Andrew Nguyen
Deputy United States Marshal
United States Marshals Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 9th day of April 2026.

_____
HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

3